**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  00-cr-00482-REB-04

UNITED STATES OF AMERICA,

    Plaintiff,

v.

4.  ANTHONY MARTINEZ,

    Defendant.

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

**Blackburn, J.**

This matter is before me *sua sponte*. On June 24, 2009, I entered an **Order To Show Cause** [#646].[1] In response the government filed its **Government's Answer To Show Casue** [#647] on July 8, 2009. The government's response establishes good cause to discharge the order to show cause.

**THEREFORE, IT IS ORDERED** that the **Order To Show Cause** [#646] entered June 24, 2009, is **DISCHARGED**.

Dated July 14, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

---

[1] "[#646]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.